O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-8191-AHM (RZx) | Date | January 5, 2009 |
|---|---|---|---|
| Title | COACH, INC. v. ABNER'S FASHION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brent H. Blakely<br>Cindy Chan | Mac E. Nehoray |

**Proceedings:**  HEARING ON ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION [Filed 12/18/08]

Cause called; appearances made.

After questioning counsel and for reasons and findings stated on the record, the Court extends the preliminary injunction against the investigative defendants but orders the seized merchandise to be returned by not later than January 14, 2009.

Court admonishes plaintiff's counsel for seizing merchandise not expressly authorized in the Court's prior order.  All unauthorized merchandise must be returned to the victims by not later than noon, Wednesday, January 7, 2009.  Plaintiff is ordered to submit a proposed order.

|  | : | 31 |
|---|---|---|
| Initials of Preparer | | SMO |