O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8191 AHM (RZx) | Date | January 8, 2009 |
|---|---|---|---|
| Title | COACH, INC. v. ABNER'S FASHION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On December 12, 2008, this Court ordered "that the above entitled action shall remain sealed by the Court until the date for hearing on the Order to Show Cause at which time the Clerk shall remove the seal." The Court has held the hearing on the Order to Show Cause, and the Clerk is therefore ORDERED to unseal this case.

|  | : |
|---|---|
| Initials of Preparer | SMO |