O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-8191 AHM (RZx) | | Date | July 1, 2009 |
|---|---|---|---|---|
| Title | COACH, INC. v. ABNER'S FASHION, et al. | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

Plaintiff moves to strike the Answer filed by Defendant S.H. Trading because S.H. Trading is a business entity of an unknown type, and the Answer was filed by its owner, who is not a lawyer.  On April 10, 2009, Plaintiff sent a letter to S.H. Trading regarding Plaintiff's intent to move to strike its answer.[1]  S.H. Trading has not filed an opposition to the motion.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  Local Rule 7-12.  Moreover, on its face the motion appears to be meritorious.  The Court therefore GRANTS the motion.[2]  S.H. Trading must retain counsel and file an Answer within 10 days from the date of this Order.

No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                         :
                                               Initials of Preparer          SMO

---

[1] Docket No. 74.

[2] Docket No. 89.