O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8191 AHM (RZx) | Date | August 18, 2009 |
|---|---|---|---|
| Title | COACH, INC. v. ABNER'S FASHION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On July 1, 2009, this Court granted Plaintiff's unopposed motion to strike the Answer filed by S.H. Trading, because S.H. Trading was a business entity of an unknown type, and the Answer was filed by its owner, who is not a lawyer. On July 16, 2009, S.H. Trading filed a Motion for Reconsideration stating that S.H. Trading is a sole proprietorship. Plaintiff did not file an opposition, and the Court granted it on August 3, 2009 and deemed S.H. Trading's Answer filed.

On July 31, 2009, S.H. Trading filed a second, redundant, motion for reconsideration of whether its Answer should be deemed filed. Plaintiff again filed no opposition. In light of the Court's August 3, 2009 Order deeming S.H. Trading's Answer filed, the Court VACATES this motion[1] as moot.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

:

Initials of Preparer     se

---

[1] Docket No. 98.