# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., | CASE NO. CV08-8191-AHM (RZx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | |
| ABNER'S FASHION, et al., | |
| Defendants. | |

The Court having been advised by plaintiff that it has reached a settlement with all remaining defendants in above-entitled action;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: January 6, 2010

_____
A. Howard Matz
United States District Court Judge

**JS-6**